IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 22-cv-05479 <br><br> **Judge Mary M. Rowland** <br><br> **Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Sega Corporation and Sega of America, Inc. hereby dismiss this action with prejudice as to the following Defendants:

| **Defendant Seller Alias** | **Schedule A Line No.** |
|---|---|
| Dia eStores | 16 |
| Elvin jewelry | 18 |
| Hetalicious | 26 |
| Jiuyue | 31 |
| LMZ-Store | 37 |
| Piezone | 46 |
| UYNEED | 63 |

1

Dated this 23rd day of December 2022.  Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sameeul Haque
TME Law, P.C.
3339 S. Union Avenue
Chicago, Illinois 60616
708.475.1127
martin@tme-law.com
sameeul@tme-law.com

*Counsel for Plaintiffs Sega Corporation and Sega of America, Inc.*