# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sega Corporation, et al.

                         Plaintiff,

v.                                           Case No.: 1:22–cv–05479
                                                            Honorable Mary M. Rowland

AceJewelry, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 17, 2023:

       MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the status report. The only remaining Defendant Store shopping and Plaintiffs have reached a settlement and the case can be closed. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.